IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YIYI ZHANG, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 16-cv-00017 <br><br> **Judge Robert M. Dow, Jr.** <br><br> **Magistrate Judge Jeffrey Cole** |

### DECLARATION OF SERVICE

I, Jessica L. Bloodgood, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Deckers Outdoor Corporation ("Deckers"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On January 12, 2016, this Court entered an Order [34] permitting Deckers to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication at the Defendant Domain Names which are transferred to Deckers' control or by sending an e-mail to the e-mail addresses identified in Exhibits 22 and 23 to the Declaration of Graham Thatcher and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on January 29, 2016, I electronically published the Amended Complaint and Summons on a website to which the Defendant Domain Names that have been transferred to Deckers' control now redirect.

1

4. I hereby certify that on January 29, 2016, I sent an e-mail to the e-mail addresses identified in Exhibits 22 and 23 to the Declaration of Graham Thatcher and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of January 2016, at Chicago, Illinois.

/s/ Jessica L. Bloodgood
Jessica L. Bloodgood
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: 312-360-0080
jbloodgood@gbclaw.net

Counsel for Plaintiff
Deckers Outdoor Corporation